IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ELLIS REESE,

    Plaintiff,

v.

CITY OF SAVANNAH; MAYOR EDDIE
DELOACH, in his official
capacity; CHIEF JOSEPH H.
LUMPKIN, individually and in
his official capacity; and
JOHN DOES 1-4;

    Defendants.

CASE NO. CV416-121

## ORDER

Before the Court is Plaintiff Ellis Reese's Notice of Voluntary Dismissal. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because no Defendant has filed either an answer or motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of October 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA